```
                      FILED          RECEIVED
                      ENTERED        SERVED ON
                               COUNSEL/PARTIES OF RECORD

                             OCT 14 2020

                          CLERK US DISTRICT COURT
                            DISTRICT OF NEVADA
                       BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEJANDRO HERNANDEZ-JACINTO,
  aka "Alejandro Hernandezjacinto,"
  aka "Alejandro Hernandez-Ja'Cinto,"

    Defendant.

Case No. 2:20-mj-00886-VCF

**Order on Stipulation
to Extend Deadlines to Conduct
Preliminary Hearing and
File Indictment**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on October 27, 2020 at the hour of 4:00 p.m., be vacated and continued to January 25, 2021 at the hour of 4:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 14 day of October, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE