UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEJANDRO HERNANDEZ-JACINTO,
  aka "Alejandro Hernandezjacinto,"
  aka "Alejandro Hernandez-Ja'Cinto,"

Defendant.

Case No. 2:20-mj-00886-VCF

**Order Directing Probation to Prepare a Criminal History Report**

    Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

    IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

    DATED this 14 day of October, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3