# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO HERNANDEZ-JACINTO,<br><br>    Defendant. | Case No. 2:20-mj-00886-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, January 25, 2021 at 4:00 p.m., be vacated and continued to 3/11/2021 at the hour of 4:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 21 day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3